UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JENNY HWANG, on behalf of herself and
all others similarly situated,

                Plaintiff,                                      JUDGMENT
   v.                                                     23-cv-0500 (HG)

D'AGOSTINO SUPERMARKETS, INC.,

                Defendant.
-------------------------------------------------------------- X

        An Order of Honorable Hector Gonzalez, United States District Judge, having been filed on April 25, 2023, dismissing this action without prejudice for failure to prosecute pursuant to Fed. R. Civ. P 41(b); it is

        ORDERED and ADJUDGED that this action is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P 41(b).

Dated: Brooklyn, NY                                                 Brenna B. Mahoney
       April 26, 2023                                              Clerk of Court

                                                                   By: _/s/Jalitza Poveda_____
                                                                          Deputy Clerk